**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MICHAEL EARL DAVIS** | |
| **Plaintiff** | **CIVIL ACTION** |
| **v.** | **NO. 14-07014** |
| **WELLS FARGO U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST, 2005-11 and ASSURANT, INC.** | |
| **Defendants** | |

## ORDER

**AND NOW**, this 8th day of June, 2015, upon consideration of Plaintiff's Motion to Amend/Correct (Doc. No. 13), Defendant Wells Fargo's Motion to Dismiss (Doc. No. 18), Defendant Assurant, Inc.'s Motion to Dismiss (Doc. No. 35) and all briefs filed in support of or opposition to those motions (Doc. Nos. 19, 28, 30, 44, 48), it is **ORDERED** that:

1. Plaintiff's Motion is **DENIED**;

2. Wells Fargo's Motion is **GRANTED**. Plaintiff's claims against Wells Fargo are **DISMISSED**;

3. Assurant Inc.'s Motion is **GRANTED**. Plaintiff's claims against Assurant are **DISMISSED** for lack of subject matter jurisdiction.


BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.