IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL EARL DAVIS,<br><br>    *Plaintiff*,<br><br>v.<br><br>WELLS FARGO U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST, 2005-11<br>and ASSURANT, INC.,<br><br>    *Defendants*. | CIVIL ACTION<br>NO. 14-07014 |

**ORDER**

    **AND NOW**, this 23rd day of August, 2016, upon consideration of Plaintiff Michael Earl Davis's motion for sanctions (ECF No. 45) and Defendant Assurant, Inc.'s response in opposition (ECF No. 49), it is **ORDERED** that the motion is **DENIED**.

                                      BY THE COURT:


                                      ***/s/ Gerald J. Pappert***
                                      GERALD J. PAPPERT, J.